UNITED STATES DISTRICT COURT
                     MIDDLE DISTRICT OF FLORIDA
                          TAMPA DIVISION

JANICE HICKS ET AL.,

                Plaintiffs,
v.                                     Case No. 8:13-cv-1524-T-33MAP

HOWMEDICA OSTEONICS CORP., ET
AL.,

                Defendants.
_____/

                              **ORDER**

   This matter comes before the Court pursuant to the parties' Joint Motion to Stay (Doc. # 6), filed on July 3, 2013. The parties seek an order staying this case until such time as the Judicial Panel on Multidistrict Litigation has determined whether this case will be transferred to the consolidated multidistrict litigation, *in re: Stryker Rejuvenate and ABG II Hip Implant Product Liability Litigation* MDL No. 2441, in the United States District Court for the District of Minnesota.

   This Court agrees with the relief sought by the parties, and in the interest of judicial economy, this Court stays and administratively closes this matter pending the transfer decision of the Judicial Panel on Multidistrict Litigation.

   In so staying and administratively closing this case, this Court is mindful of its broad discretion over the manner in which it manages the cases before it, Chrysler Int'l Corp. v. Chemaly, 280 F.3d 1358, 1360 (11th Cir. 2002), and finds

that the requested stay is reasonable and appropriate under the circumstances.

Accordingly, it is hereby

**ORDERED, ADJUDGED,** and **DECREED:**

(1) The Joint Motion to Stay (Doc. # 6) is **GRANTED**.

(2) The Clerk is directed to **STAY AND ADMINISTRATIVELY CLOSE** this case until such time as the Judicial Panel on Multidistrict Litigation has ruled as to whether this case will be transferred to the consolidated multidistrict litigation in the United States District Court for the District of Minnesota.

**DONE** and **ORDERED** in Chambers, in Tampa, Florida, this <u>9th</u> day of July, 2013.

VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE

Copies: All Counsel and Parties of Record